JUDGE RAMOS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWNLEE CONSTRUCTION, LLC
Plaintiff,

12 CIV 3346

-v-

J.K. SCANLAN CONSTRUCTION, INC.,
and ARCH INSURANCE COMPANY, INC
Defendant.

Case No._____

Rule 7.1 Statement

RECEIVED APR 26 2012 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court
to evaluate possible disqualification or recusal, the undersigned counsel for

SHAWNLEE CONSTRUCTION, LLC     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of
said party, which are publicly held.

UNIVERSAL FOREST PRODUCTS INC. is the corporate parent
of SHAWNLEE CONSTRUCTION, LLC.

Date: 4/26/2012

Signature of Attorney
GEORGE SITARAS, ESQ.
SITARAS & ASSOCIATES, P.C.
Attorney Bar Code: GS7148

Form Rule7_1.pdf  SDNY Web 10/2007