# MEMO ENDORSED

## SITARAS & ASSOCIATES, P.C.
### ATTORNEYS AT LAW

NEW YORK AND NEW JERSEY

33 WHITEHALL STREET, 16TH FLOOR
NEW YORK, NEW YORK 10004

TELEPHONE:   212.430.6410
FACSIMILE:   917.677.8276
E-MAIL:      PETER@SITARASLAW.COM
WEB:         WWW.SITARASLAW.COM

April 5, 2013

The application is ☒ granted.
☐ denied.

Edgardo Ramos, U.S.D.J.
Dated: April 8, 2013
White Plains, New York

Discovery cutoff is extended to May 24, 2013. The Status Conference is rescheduled until May 31, 2013 at 11:00am.

VIA FACSIMILE
(914) 390-4298
The Honorable Edgardo Ramos
United States Courthouse
300 Quarropas Street, Room 218
White Plains, New York 10601

Re: *Shawnlee Construction, LLC v. Arch Insurance Co. et al.*
(Case No. 12-cv-03346 ER)
**REQUEST FOR EXTENSION OF TIME**

Dear Judge Ramos:

We are counsel to plaintiff Shawnlee Construction, LLC ("Shawnlee"), and are writing to request, jointly with defendant Arch Insurance Co., an extension of the discovery deadline from April 10, 2013 to May 24, 2013. An extension is necessary to complete the depositions that remain in this case. This is the first request for an extension, and the parties conducted non-party depositions prior to good faith, albeit ultimately unsuccessful, attempts to negotiate a settlement. The extension does not affect any other scheduled dates in the Court's Civil Case Discovery Plan and Scheduling Order.

Thank you for your consideration of this request.

Respectfully submitted,

Peter Scutero

cc: Lawrence Novak, Esq. (via e-mail)
Steve Rittmaster, Esq. (via e-mail)
George Sitaras, Esq. (via e-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/2013